**CAUSE NO. 2018CV30029**

| | | |
|---|---|---|
| **MDM GROUP ASSOCIATES, INC.** | § | |
| Plaintiffs. | § | **IN THE DISTRICT COURT OF** |
| | § | |
| | § | |
| **V.** | § | **RHOUTT COUNTY,** |
| | § | **COLORADO** |
| **JLT SPECIALTY LIMITED d/b/a** | § | |
| **LLOYD & PARTNERS LIMITED,** | § | |
| a United Kingdom limited company; | § | |
| **AMTRUST SYNDICATES LIMITED** | § | |
| **d/b/a AMTRUST AT LLOYD'S,** | § | |
| a United Kingdom limited company; | § | |
| **JOHN SMITH, an individual resident** | § | **DIVISION 2A** |
| of the United Kingdom; and **PETER** | § | |
| **YOUNG, an individual** | § | |
| resident of the United Kingdom | § | |
| Defendants. | | |

## DEFENDANT, LLOYD & PARTNERS LIMITED, INCORRECTLY NAMED AS JLT SPECIALTY LIMITED D/B/A LLOYD & PARTNERS LIMITED'S NOTICE OF FILING OF REMOVAL

Please take notice that Defendant, Lloyd & Partners Limited, incorrectly named as JLT Specialty Limited d/b/a Lloyd & Partners Limited, a United Kingdom Limited Company, on Thursday, May 10, 2018, filed a Notice of Removal in the Office of the Clerk of the United States District Court for District of Colorado. A copy of the U.S. District Court's "Notice of Electronic Filing" and a copy of the Removal are attached hereto as Exhibit A.

Respectfully submitted,

**HOLMAN FENWICK WILLAN USA LLP**

*/s/ Gerard J. Kimmitt, II*

---

**Gerard J. Kimmitt, II**
TBN: 11427500
jerry.kimmitt@hfw.com
**Sheshe Taylor Evans**
TBN: 24047800
shehe.evans@hfw.com
5151 San Felipe, Suite 400
Houston, Texas  77056
Telephone:  (713) 917-0888
Facsimile:  (713) 953-9470

**ATTORNEYS FOR DEFENDANT
LLOYD & PARTNERS LIMITED, INCORRECTLY NAMED AS JLT SPECIALTY LIMITED D/B/A LLOYD & PARTNERS LIMITED**

## CERTIFICATE OF SERVICE

A true and correct copy of Defendant's Notice of Filing of Notice of Removal has been served upon the following on this the 10th day of May, 2018:

Joseph P. Carbon
joe@rlipuma.com
LiPuma Law Associates, LLC
1635 Foxtrail Drive
Colorado, CO 80538
Attorney for Plaintiff

James P. Koelzer
James.Koelzer@clydeco.us
Clyde & Co US LLP
633 West 5th Street, 26th Floor
Los Angeles, CA 90071
Attorney for AmTrust Syndicates Limited, d/b/a AmTrust at Lloyd's,
f/k/a ANV Syndicates Limited

Jean Claude Mazzola
jcmazzola@messner.com
Messner Reeves, LLP
805 Third Avenue, 18th Floor
New York, NY 10022
Attorney for John Smith and Peter Young

*/s/ Gerard J. Kimmitt, II*

**Gerard J. Kimmitt, II**
**Sheshe Taylor Evans**